## In the United States District Court
## For the Southern District of Ohio
## Eastern Division

**Teresa Sager,**
    **Plaintiff**

**vs.**

**Financial Recovery Services, et al.**
    **Defendants**

**Case No. C-2-08-1006**

**Judge Holschuh**

### Stipulation of Partial Dismissal With Prejudice

Plaintiff, Teresa Sager, pursuant to civil rule 41(a) hereby dismisses, with prejudice, all her claims against Defendant, Financial Recovery Services, in the above-captioned matter having been amicably settled on terms agreed to by the parties. All claims against Defendant, Resurgent Capital Services, LP shall remain.

Respectfully submitted by:

*/s/Steven C. Shane*
Steven C. Shane (#0041124)
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
Bellevue, KY 41073
(859) 431-7800
(859) 431-3100 facsimile
Shanelaw@fuse.net

## **Certificate of Service**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              */s/Steven C. Shane*  
                                              Steven C. Shane