IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERESA SAGER,** : | |
| plaintiff : | |
| : | **Case No. 1:08cv1006** |
| vs. : | |
| : | **JUDGE HOLSCHUH** |
| **FRS RECOVERY SERVICES** : | |
| Defendant : | |
| : | |
| : | |
| : | |
| : | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes the plaintiff, pursuant to civil rule 41(a), and fully dismisses this action, including all claims against all parties, with prejudice.

*/s/Steven C. Shane*
Steven C. Shane (0041124)
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net