IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA A. SAGER, | : | |
| Plaintiff | : | Civil Action 2:08-cv-1006 |
| v. | : | Judge Holschuh |
| FINANCIAL RECOVERY SERVICES, INC., *et al.* | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

**ORDER**

On March 2, 2009, Plaintiff filed a "Notice of Voluntary Dismissal". (Doc. 17.) In its Order of April 3, 2009, the Court found that, as Plaintiff had failed to comply with Fed. R. Civ. Pro. 41(a)(1), it would instead treat the purported "notice" as a motion for leave to dismiss with prejudice. (Doc. 18.) The Order gave defendants eleven days to file a memorandum in opposition.

No defendant having objected, the Court finds the motion (Doc. 18) well taken. This case is hereby **DISMISSED WITH PREJUDICE**.

Date: April 23, 2009                         /s/ John D. Holschuh
                                             United States District Judge